IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


ALEXANDER CONTRACTING CO., )
INC.,                       )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )         3:11cv154-MHT
                            )            (WO)
LEE COUNTY BOARD OF         )
EDUCATION and STEPHEN       )
NOWLIN, in his official     )
capacity as Lee County      )
Superintendent of Education )
                            )
     Defendants.            )

### JUDGMENT

The court having been informed that this cause is now

settled, it is the ORDER, JUDGMENT, and DECREE of the

court that this lawsuit is dismissed in its entirety with

prejudice, with the parties to bear their own costs and

with leave to the parties, within 49 days, to stipulate

to a different basis for dismissal or to stipulate to the

entry of judgment instead of dismissal, and with leave to

any party to file, within 49 days, a motion to have the

dismissal set aside and the case reinstated or the

settlement enforced, should the settlement not be consummated.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2011.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE